```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                  Crim. Action No.: 1:24-CR-02
                                               (Judge Kleeh)

**JO-EL TORRES,**

       **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 74], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

On August 5, 2024, the Defendant, Jo-El Torres ("Torres"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count One of the Indictment, charging him with Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

This Court referred Torres's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Torres stated that he understood that the magistrate judge is not a United States District Judge, and Torres consented to pleading before the magistrate judge.

**USA v. TORRES**                                                                                           **1:24-CR-02**

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 74], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

Based upon Torres's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Torres was competent to enter a plea, that the plea was freely and voluntarily given, that Torres understood the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued an *Amended Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [ECF No. 74] finding a factual basis for the plea and recommending that this Court accept Torres's plea of guilty to Count One of the Indictment.

The magistrate judge **remanded** Torres to the custody of the United States Marshals Service to be returned to the State of West Virginia.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Torres nor the Government filed objections to the R&R.

2

**USA v. TORRES** 1:24-CR-02

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 74], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 74], provisionally **ACCEPTS** Torres's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Count One of the Indictment. The *Report and Recommendation Concerning Plea of Guilty in Felony Case* [ECF No. 73] is **DENIED** as moot.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Torres, and prepare a presentence investigation report for the Court;

2. The Government and Torres shall each provide their narrative descriptions of the offense to the Probation Officer by **September 13, 2024;**

3. The presentence investigation report shall be disclosed to Torres, his counsel, and the Government on or before **October 18, 2024;** however, the Probation Officer shall not disclose any

3

**USA v. TORRES**                                                    **1:24-CR-02**

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 74], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Written objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **November 1, 2024**;

5. Responses to objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **November 8, 2024**;

6. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **November 29, 2024**; and

7. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **December 10, 2024.**

The Court further **ORDERS** that prior to sentencing, Torres's counsel shall review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release

4

USA v. TORRES                                                    1:24-CR-02

**ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE [ECF NO. 74], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Conditions, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the sentencing hearing.

The Court will conduct the **Sentencing Hearing** for Torres on **December 19, 2024,** at **2:30 p.m.**, at the **Clarksburg, West Virginia**, point of holding court.  If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: September 6, 2024

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

5